WILLIAM TIFFANY, Appellant, *v.* ADAM FARR, Respondent.

(Argued December 10, 1875; decided December 21, 1875.)

*William Tiffany* for the appellant.

*Albertus Perry* for the respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.